# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNETH RAY PITTS**  PLAINTIFF
**ADC #085938**

v.                    No. 2:23-cv-84-DPM

TRACY BENNETT, APN, EARU,
ADC; GARY KERSTINE, Doctor,
EARU, ADC; RORY GRIFFIN,
Medical Director, ADC; and
MOSES JACKSON, JR., Warden,
EARU, ADC                                DEFENDANTS

## ORDER

1. The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 5*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Pitts's motion for leave to proceed *in forma pauperis*, *Doc. 1*, is denied. His complaint will be dismissed without prejudice. If he wishes to continue this case, he must pay the $402 administrative and filing fee and file a motion to reopen this case by 21 June 2023. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

2. Pitts's motion for order, *Doc. 6*, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2023