# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KENNETH RAY PITTS**  
ADC #085938                                                        **PLAINTIFF**

v.                  No. 2:23-cv-84-DPM

**TRACY BENNETT, APN, EARU,**  
**ADC; GARY KERSTINE, Doctor,**  
**EARU, ADC; RORY GRIFFIN,**  
Medical Director, ADC; and  
**MOSES JACKSON, JR., Warden,**  
**EARU, ADC**                                        **DEFENDANTS**

## JUDGMENT

Pitts's complaint, as supplemented, is dismissed without prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

5 June 2023